**Theodore W. Hoppe, #138064**
**Brian H O'Driscoll #191248**
**HOPPE LAW GROUP**
*A PROFESSIONAL LAW OFFICE*
*680 W. Shaw Avenue, Suite 207*
*Fresno, California 93704*
*Telephone (559) 241-7070*
*Facsimile (559) 241-7212*

Attorneys for Defendants, BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

\* \* \* \* \*

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BURTON OLSON TRUCKING COMPANY; JOSE MARTINEZ; E.M. THARP, INC.<br><br>　　　　Defendants. | CASE NO.:1:09-CV-01190-OWW-SMS |
| BNSF RAILWAY COMPANY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>E.M. THARP, INC., individually and dba GOLDEN STATE PETERBILT; JOSE MARTINEZ; and BURTON OLSON TRUCKING COMPANY,<br><br>　　　　Defendants. | CASE NO.:1:09-CV-01265-AWI-SMS<br><br>**[PROPOSED] ORDER RE CONSOLIDATION OF TWO CASES PURSUANT TO STIPULATION AND F.R.C.P. RULE 42(a)** |

///

///

///

///

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

There is pending in the United States District Court Eastern District of California-Fresno Division the following cases:

1) NATIONAL RAILROAD PASSENGER CORPORATION, Plaintiff, vs. BURTON OLSON TRUCKING COMPANY; JOSE MARTINEZ; E.M. THARP, INC., Defendants, **CASE NO.:1:09-CV-01190-OWW-SMS**

and

2) BNSF RAILWAY COMPANY, Plaintiff, vs. E.M. THARP, INC., individually and dba GOLDEN STATE PETERBILT; JOSE MARTINEZ; and BURTON OLSON TRUCKING COMPANY, Defendants, **CASE NO.:1:09-CV-01265-AWI-SMS**

The Court, having reviewed the Stipulation RE: Consolidation of Two Cases Pursuant to F.R.C.P. 42(a) executed by all the parties in both cases, has determined that both cases involve common questions of facts and law, the same Defendants, and the same potential witnesses, and are at virtually the same point in pre-trial procedure. The Court has also determined that consolidation of the two cases would avoid needless duplication of effort, expense, and delay.

Therefore, pursuant to Federal Rules of Civil Procedure Rule 42(a), THE COURT ORDERS AS FOLLOWS:

1) That the two cases identified above should be consolidated for all matters at issue in the cases. CASE NO.:1:09-CV-01265-AWI-SMS should be consolidated into CASE NO.:1:09-CV-01190-OWW-SMS. This case should be retitled "NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY, Plaintiffs, vs. BURTON OLSON TRUCKING COMPANY; JOSE MARTINEZ; E.M. THARP, INC., individually and dba GOLDEN STATE PETERBILT, Defendants." The consolidated case should still be identified as CASE NO.:1:09-CV-01190-OWW-SMS.

2) That the Mandatory Scheduling Conference for consolidated CASE NO.:1:09-CV-01190-OWW-SMS should remain November 5, 2009 at 8:15 a.m. in Courtroom #3, 7th Floor as previously set by this Court. The parties must meet and confer to draft the Joint Statement RE: Mandatory Scheduling Conference by no later than October 15, 2009. The Joint Statement must

1  be filed with the Court by no later than October 29, 2009.

2  ///

3

4        3)      That the Mandatory Scheduling Conference for CASE NO.:1:09-CV-01265-AWI-

5  SMS set by the Court for October 28, 2009 at 9:00 a.m. in Courtroom 7 be vacated.

6

7  IT IS SO ORDERED.

8

9  IT IS SO ORDERED.

10  **Dated:   September 18, 2009**              /s/ Oliver W. Wanger
                                                UNITED STATES DISTRICT JUDGE