# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>BURTON OLSON TRUCKING COMPANY, et al.,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:09-cv-01190-OWW-SKO<br><br>**ORDER DENYING STIPULATED REQUEST FOR MODIFICATION TO SCHEDULING ORDER** |

On November 9, 2010, the parties filed a stipulation requesting that the discovery deadlines set forth in the November 9, 2009, Scheduling Order be extended. (Doc. 22.) In the November 9, 2009, Scheduling Order, the parties were explicitly instructed as follows:

> Stipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested.

(Doc. 18.)

The parties' stipulated request provides no statement of good cause or even a reason why the deadlines applicable to discovery should be extended.

Accordingly, IT IS HEREBY ORDERED THAT the parties' request for an extension of discovery deadlines is DENIED without prejudice.  The parties may resubmit a request that states good cause for the desired extensions.

IT IS SO ORDERED.

Dated:　November 10, 2010　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE