# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMTRACK, NATIONAL RAILROAD PASSENGER CORPORATION, et.al., | CASE NO. 1:09-cv-01190-OWW-SKO |
| Plaintiffs, | ORDER re SETTLEMENT CONFERENCE |
| v. | |
| BURTON OLSON TRUCKING COMPANY, et al., | |
| Defendants. / | |

This case is set for a Settlement Conference before Magistrate Judge Sheila K. Oberto on December 7, 2010, at 10:30 a.m. at the U. S. District Court, 2500 Tulare Street, Fresno, California, 93721.

In accordance with the above,  IT IS HEREBY ORDERED that:

1. The parties shall appear with full settlement authority.

2. The parties are to send Confidential Settlement Conference Statements (Settlement Statement) to the following email address: SKOorders@caed.uscourts.gov, to arrive no later than November 30, 2010.  Additionally, each party shall file a Notice of Submission of Confidential Settlement Conference Statement (See L.R. 270 (d)).

1

Settlement Statements must be typed and double spaced. Each Settlement Statement should briefly summarize the core facts, allegations, defenses, and briefly outline past settlement efforts including the most recent offers and/or demands. Each Settlement Statement must also include a statement of each party's expectations and goals for the Settlement Conference. Please refer to the Court's Scheduling Order for further information regarding the Settlement Conference.

IT IS SO ORDERED.

**Dated:**   November 23, 2010                              /s/ Sheila K. Oberto
                                                            UNITED STATES MAGISTRATE JUDGE