# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BURTON OLSON TRUCKING COMPANY, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:09-cv-01190-OWW-SKO<br><br>**ORDER DENYING STIPULATED REQUEST FOR MODIFICATION TO SCHEDULING ORDER** |

On November 9, 2010, the parties submitted a request for a schedule modification extending all discovery deadlines in the case. On November 10, 2010, this request was denied because it was not supported by good cause.

On November 29, 2010, the parties renewed their request for a modification to the schedule stating that, although the parties had been diligent in completing discovery, the discovery in the case generated "thousands of pages of relevant evidence that [] led to the need for additional depositions and discovery." (Doc. 27-1 ¶ 3.) Therefore, the parties request that the discovery deadlines be extended as follows:

1.  All non-expert discovery          December 10, 2010
2.  Expert Disclosure                 December 23, 2010
3.  Supp. Expert Disclosure           January 14, 2011
4.  Expert Discovery                  January 31, 2011

1  The obvious problem with these proposed dates is that altering the schedule as proposed
2  renders the remaining dates in the schedule unworkable.  For example, the non-dispositive motion
3  filing deadline has already expired on November 23, 2010.  Further, the dispositive motion filing
4  deadline will expire on December 10, 2010, long before the parties' proposed discovery deadlines
5  would expire.  Finally, extending the deadlines for filing pre-trial motions to a time following the
6  proposed discovery deadlines would necessarily conflict with both the pre-trial and the trial date of
7  February 14, 2011, and March 29, 2011, respectively.  While the Court is willing to extend the
8  parties additional time to complete discovery, the currently proposed schedule modification cannot
9  be accommodated given the trial date in place.

10  Accordingly, IT IS HEREBY ORDERED THAT the parties' request for an extension of the
11  discovery deadlines is DENIED without prejudice.  The parties may renew their request for a
12  schedule modification following the settlement conference set for December 7, 2010.  At that time
13  the parties may be better situated to determine what issues or parties remain, if any, and may be
14  better equipped to propose a schedule that is both workable and comprehensive with respect to all
15  the scheduling deadlines and dates.

17  IT IS SO ORDERED.

18  **Dated:   November 30, 2010**          /s/ Sheila K. Oberto
                                             UNITED STATES MAGISTRATE JUDGE