1  **AUCHARD & STEWART**
   A PROFESSIONAL CORPORATION
2  ATTORNEYS AT LAW
   2377 W. SHAW AVE., STE. 106
3  FRESNO, CA 93711-3438
   TELEPHONE (559) 432-0991
4  FAX (559) 432-1025

5  Paul Auchard -  060474

6  Attorneys for Plaintiff, BNSF RAILWAY COMPANY

7

8                    UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

10                              * * * * *

11 NATIONAL RAILROAD PASSENGER )   CASE NUMBER: 1:09-cv-01190-OWW-
   CORPORATION AND BNSF RAILWAY )   SKO
12 COMPANY,                     )   Consolidated with Case No. 1:09-cv-
                                )   01265-AWI-SMS
13              Plaintiffs,     )
                                )
14      vs.                     )   ORDER REGARDING MOTIONS IN
                                )   LIMINE BY BNSF RAILWAY COMPANY
15 BURTON   OLSON   TRUCKING )
   COMPANY; JOSE MARTINEZ; E.M. )   TRIAL: MARCH 29, 2011
16 THARP, INC., INDIVIDUALLY AND )   TIME: 9:00 A.M.
   DBA GOLDEN STATE PETERBILT, )     COURTROOM: 3
17                              )
                Defendants.     )
18 _____ )

19

20      The above matter came on for hearing on March 22, 2011, at 12 noon, in Department 3 of

21 the above entitled court, Hon. Judge Oliver Wanger presiding, on the motions in limine of BNSF

22 Railway Company and the other parties to this action. After considering these motions, the court

23 rules on the motions of BNSF Railway Company, as follows:

24      1.   BNSF Railway Company's motion to preclude evidence or reference to the size,

25 financial status or state of incorporation of BNSF Railway Company is granted.

26      2.   BNSF Railway Company's motion to preclude evidence of settlement negotiations

27 is granted.

28      3(a).   Regarding the motion of BNSF Railway Company to exclude the testimony of

---

defendant's expert, Ashley Dunn, regarding the effect of pumping of the air brakes in relation to this specific accident, the court rules that Dr. Dunn cannot testify regarding such matters if such testimony is without foundation or is based on speculation without supporting evidence. Dr. Dunn will not be allowed to testify regarding the effect of pumping the brakes beyond what was stated in his expert report and deposition testimony.  The court defers its ruling further until Dr. Dunn is called as a witness, at which time the court will conduct a voir dire examination of Dr. Dunn outside the presence of the jury and the court will then rule further on the motion.

       3(b).   BNSF Railway Company's motion to preclude any testimony by Dr. Ashley Dunn regarding the standard of care applicable to mechanics of a commercial truck repair facility is granted, in that, Dr. Dunn may not testify regarding the standard of care applicable to a mechanic who is adjusting a brake as to what the tolerances should be after he adjusts the brakes.

       3(c).   BNSF Railway Company's motion to preclude defendant's expert, Douglas Morgan, from testifying regarding his opinions on loss of use based on undisclosed Internet information is granted.

       3(d).   BNSF Railway Company's motion to preclude the testimony of defendant's expert, Douglas Morgan, regarding his opinions on whether transportation of BNSF locomotive 112 to Topeka, Kansas, for repairs was appropriate, based on hearsay speculation by unidentified individuals, is granted.

       3(e).   BNSF Railway Company's motion to preclude testimony by defendant's expert, Lew Grill, regarding the standard of care applicable to a commercial truck repair facility is deferred until Mr. Grill is called as a witness, at which time the court will conduct a voir dire examination of Mr. Grill outside the presence of the jury, and the court will then examine the foundation for Mr. Grill's testimony and rule on the motion.

///

///

///

*Case No. 1:09-cv-01265-AWI-SMS*
*Order Regarding Motions in Limine by BNSF Railway Company*                                                                 2

1 | IT IS SO ORDERED.

2 | **Dated:   March 28, 2011**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE