**Theodore W. Hoppe, #138064**
**HOPPE LAW GROUP**
*A PROFESSIONAL LAW OFFICE*
*680 W. Shaw Avenue, Suite 207*
*Fresno, California 93704*
*Telephone (559) 241-7070*
*Facsimile (559) 241-7212*

Attorneys for Defendants,
BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

* * * * *

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION and BNSF RAILWAY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>BURTON OLSON TRUCKING COMPANY; JOSE MARTINEZ; E.M. THARP, INC., individually and dba GOLDEN STATE PETERBILT,<br><br>Defendants. | CASE NO. 1:09-CV-01190-OWW-SKO<br><br>**ORDER ON MOTIONS IN LIMINE OF DEFENDANTS BURTON OLSON TRUCKING COMPANY AND JOSE MARTINEZ**<br><br>TRIAL DATE: March 29, 2011 |

All parties having come before the Court for hearing on March 22, 2011 and the Court having considered the papers and arguments submitted in support of and opposition to the motion, and good cause appearing, IT IS ORDERED:

1. That Motion in Limine #1 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted;

2. That Motion in Limine #2 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted;

3. That Motion in Limine #3 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is denied without prejudice; That the Final Pre-Trial Order will govern the presentation of documents and identification of exhibits, including the "Forty-eight Hour Rule"

promulgated therein whereby counsel are obligated to provide opposing counsel certain specified information regarding the witness and exhibits not less than forty-eight hours before the witness is called to the witness stand;

4. [Motion in Limine #4 was withdrawn in open court];

5. That Motion in Limine #5 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted;

6. That Motion in Limine #6 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted;

7. That Motion in Limine #7 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted under Federal Rules of Evidence, rule 615; That all parties are permitted to have an investigator or trial assistant; That it is counsels' responsibility to ensure that witnesses do not speak with other witnesses regarding testimony until the trial is concluded;

8. That Motion in Limine #8 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted, though nothing in this Order precludes any party from offering lay opinions in accordance with Federal Rules of Evidence, rule 701;

9. That Motion in Limine #9 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted, subject to the Final Pre-Trial Order issued in this case.

10. That Motion in Limine #10 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted.

11. That Motion in Limine #11 of BURTON OLSON TRUCKING COMPANY and JOSE MARTINEZ is granted; That no tests or experiments are allowed at trial unless they are substantially similar or identical to actual events, have proper foundation and are not misleading.

IT IS SO ORDERED.

**Dated:   March 28, 2011**            /s/ Oliver W. Wanger
                                       UNITED STATES DISTRICT JUDGE