B. CLYDE HUTCHINSON, State Bar No. 037526
bch@llcllp.com
JOHN W. RANUCCI, State Bar No. 184801
jwr@llcllp.com
LIZA SIU MENDOZA, State Bar No. 242493
lsiumendoza@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Plaintiff
NATIONAL RAILROAD PASSENGER CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BURTON OLSON TRUCKING COMPANY, JOSÉ MARTINEZ, E. M. THARP, INC.<br><br>Defendants. | Case No. 1:09-CV-01190-OWW-SKO<br><br>**ORDER ON MOTIONS IN LIMINE OF PLAINTIFF NATIONAL RAILROAD PASSENGER CORPORATION**<br><br>Trial Date:  March 30, 2011<br>Time:  9:00 a.m.<br>Courtroom:  3, 7th Floor<br>Judge:  Oliver W. Wanger |

All parties having appeared before the Honorable Oliver W. Wanger for a hearing on Motions in Limine on March 22, 2011, and the Court having considered the papers and arguments submitted in support of and in opposition to the motions, and good cause appearing,

IT IS ORDERED:

1. Regarding Amtrak's Motion in Limine No. 1 To Limit or Exclude Any Testimony That the Braking Performance of the Subject Tractor-Trailer Exceeded the USDOT Standards, the Court reserves ruling on the motion subject to further briefing on the issue.

2. Regarding Amtrak's Motion in Limine No. 2 To Limit or Exclude Opinion Testimony From E.M. Tharp's Expert Ashley Dunn Regarding the Negligence of The Tractor-Trailer Operator (Martinez) and the Owner (Burton Olson) and That Their Negligence was the "Cause" of the Accident, the court rules that Dr. Dunn cannot testify regarding such matters if such testimony is without foundation or is based on speculation without supporting evidence. Dr. Dunn will not be allowed to testify regarding the effect of pumping the brakes beyond what was stated in his expert report and deposition testimony. The court defers its ruling further until Dr. Dunn is called as a witness, at which time the court will conduct a voir dire examination of Dr. Dunn outside the presence of the jury and the court will then rule further on the motion.

3. Regarding Amtrak's Motion in Limine No. 3, To Limit or Exclude Testimony From E.M. Tharp's and Burton Olson Trucking's Damages Expert Douglas Morgan, the Court ruled: the motion to exclude E.M. Tharp's and Burton Olson Trucking's Damages Expert Douglas Morgan was GRANTED in part. Mr. Morgan will not be permitted to offer opinions on plaintiffs' "loss of use" damages.

Amtrak's challenge to Douglas Morgan's opinions regarding the "excessiveness" of Amtrak's repair damages were not considered by the Court and Amtrak requests that this aspect of the motion in limine be addressed prior to the commencement of trial.

4. Regarding Amtrak's Motion in Limine No. 4, To Limit or Exclude Opinion Testimony From E.M. Tharp's Expert Lew Grill, the court DEFERS ruling until Mr. Grill is called as a witness, at which time the court will conduct a voir dire examination of Mr. Grill outside the presence of the jury, and the court will then examine the foundation for Mr. Grill's testimony and rule on the motion.

5. Regarding Amtrak's Motion in Limine No. 5, To Preclude E.M. Tharp's Experts From Offering Opinions Not Contained in Their Reports, the motion is GRANTED reciprocally.

13249-37919 JWR 596093.1                               2                        Case No. 1:09-CV-01190-OWW-SKO
[PROPOSED] ORDER ON MOTIONS IN LIMINE OF PLAINTIFF AMTRAK

6. Regarding Amtrak's Motion in Limine No. 6, To Exclude Expert Testimony of E.M. Tharp's Undisclosed Experts, the motion is GRANTED. No undisclosed experts, including E.M. Tharp employees, will be permitted to offer opinions of the standard of care or other expert-related matters.

7. Regarding Amtrak's Motion in Limine No. 7, To Preclude E.M. Tharp From Calling Witnesses Other Than Those Produced in Response to Amtrak's 30(b)(6) Deposition Notices to Testify to Designated Topics, the motion is GRANTED.

DATED: March 30, 2011

/s/ Oliver W. Wanger
HONORABLE OLIVER W. WANGER

**LOMBARDI, LOPER & CONANT, LLP**
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

13249-37919 JWR 596093.1

3

Case No. 1:09-CV-01190-OWW-SKO

[PROPOSED] ORDER ON MOTIONS IN LIMINE OF PLAINTIFF AMTRAK