**AUCHARD & STEWART**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2377 W. SHAW AVE., STE. 106
FRESNO, CA 93711-3438
TELEPHONE (559) 432-0991
FAX (559) 432-1025

Paul Auchard - 060474

Attorneys for Plaintiff, BNSF RAILWAY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

* * * * *

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION AND BNSF RAILWAY COMPANY,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>BURTON OLSON TRUCKING COMPANY; JOSE MARTINEZ; E.M. THARP, INC., INDIVIDUALLY AND DBA GOLDEN STATE PETERBILT,<br><br>　　　　　　Defendants. | CASE NUMBER: 1:09-cv-01190-OWW-SKO<br>Consolidated with Case No. 1:09-cv-01265-AWI-SMS<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

　　　IT IS HEREBY STIPULATED, by and between the parties hereto, that the above action, be and hereby is dismissed in its entirety, with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

　　　Each party will bear its own costs and attorney's fees.

DATED: June 17, 2011.　　　　　　　　　　　LOMBARDI, LOPER & CONANT, LLP

　　　　　　　　　　　　　　　　　　　　　By　　/s/   John W. Ranucci
　　　　　　　　　　　　　　　　　　　　　　　JOHN W. RANUCCI, Attorneys
　　　　　　　　　　　　　　　　　　　　　　　for Plaintiff, NATIONAL RAILROAD
　　　　　　　　　　　　　　　　　　　　　　　PASSENGER CORPORATION

---

*Case No. 1:09-cv-01265-AWI-SMS*
*Stipulation of Dismissal and Order Thereon*　　　　　　　　　　　　　　　　　　1

| | | |
|---|---|---|
| 1 | DATED: June 17, 2011. | AUCHARD & STEWART |
| 2 | | By    /s/ Paul Auchard |
| 3 | | PAUL AUCHARD, Attorneys for Plaintiff, BNSF RAILWAY COMPANY |
| 4 | DATED: June 15, 2011. | LAW OFFICE OF THOMAS J. BURNS |
| 5 | | |
| 6 | | By    /s/   Thomas J. Burns |
| 7 | | THOMAS J. BURNS, Attorney for Defendant, E.M. THARP, INC., INDIVIDUALLY AND DBA GOLDEN STATE PETERBILT |
| 8 | DATED: June 17, 2011. | HOPPE LAW GROUP |
| 9 | | |
| 10 | | By    /s/ Theodore W. Hoppe |
| 11 | | THEODORE W. HOPPE, Attorneys for Defendants, BURTON OLSON TRUCKING COMPANY AND JOSE MARTINEZ |

**ORDER**

IT IS SO ORDERED.

**Dated:    June 17, 2011**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

*Case No. 1:09-cv-01265-AWI-SMS*
*Stipulation of Dismissal and Order Thereon*                                                        2